**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TIMOTHY SULLIVAN** )<br>    **Plaintiff** )<br> )<br>**v.** )<br> )<br>**NCB MANAGEMENT SERVICES, INC.** )<br>    **Defendant** )<br>_____) | **CIVIL ACTION NO.**<br>**3:09-CV-01338-CFD**<br><br><br><br><br>**DECEMBER 1, 2009** |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Timothy Sullivan, through his attorney,

and the defendant, NCB Management Services, Inc., through its attorney, hereby stipulate that the claims

of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

Plaintiff, Timothy Sullivan

By /s/Daniel S. Blinn_____
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, NCB Management Services, Inc.

By  /s/ James L. Brawley_____
James L. Brawley, Esq.   ct17321
jbrawley@morrisonmahoney.com
Michelle Napoli-Lipsky  ct18974
mnlipsky@morrisonmahoney.com
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Tel. (860) 616-4441; Fax. (860) 244-3800

## **CERTIFICATION**

  I hereby certify that on this 1st day of December, 2009, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


          /s/Daniel S. Blinn
          Daniel S. Blinn